■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMIE LEE DAVIS, Appellant. [998 NYS2d 887]—

Judgment, Supreme Court, Bronx County (George R. Villegas, J., at plea; Robert Torres, J., at sentencing), rendered January 31, 2013, convicting defendant of criminal sale of a controlled substance in the third degree and sentencing him, as a second felony offender, to a term of 2½ years, unanimously affirmed.

Defendant did not preserve his claims that the plea court failed to properly advise him of his rights under *Boykin v Alabama* (395 US 238 [1969]) and obtain a factual allocution (*see People v Jackson*, 123 AD3d 634 [1st Dept 2014]), and we decline to review them in the interest of justice. Unlike the situation in *People v Tyrell* (22 NY3d 359, 364 [2013]), defendant had the opportunity to move to withdraw his plea or otherwise raise these issues, and the deficiencies in the plea proceeding were not so egregious as to constitute mode of proceedings errors (*id.*).

We perceive no basis for reducing the sentence. Concur—Friedman, J.P., Andrias, Saxe, Richter and Gische, JJ.